*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

UNPUBLISHED
September 3, 2020

Plaintiff-Appellee,

v

No. 330612
Oakland Circuit Court
LC No. 2014-251162-FC

ALEX JAY ADAMOWICZ,

Defendant-Appellant.

Before: STEPHENS, P.J., and K. F. KELLY and MURRAY, JJ.

STEPHENS, P.J. (*concurring*).

I concur in the result only.

/s/ Cynthia Diane Stephens

-1-